**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**IN ADMIRALTY**

IN THE MATTER OF THE:

Complaint and Petition of AINEO
CORPORATION, and its stockholder,
ROBERT K. WILSON, as owners
and/or owners *pro hac vice* of Vessel
2019 Chaparral Suncoast 230, HIN
FGBW0119H819, including her
engines, gear, tackle, appurtenances,
furniture, etc., for Exoneration from
and/or Limitation of Liability,

        Petitioners.

Case No. 3:19-cv-1384-J-34JBT

**O R D E R**

    **THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 27;

Report) entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on

May 13, 2020.  In the Report, Judge Toomey recommends that Petitioners' Motion to

Dismiss and/or to Strike Claimant Warren's Claim and Demand for Jury Trial (Dkt. No. 14;

Motion) be granted to the extent that Claimant's demand for jury trial be stricken with

prejudice, claimant's unseaworthiness claim be dismissed with prejudice, Claimant's

negligence claim be dismissed without prejudice, and that Claimant be given an opportunity

to file a properly pleaded negligence claim.  See Report at 2, 6.  To date, no objections to

the Report have been filed, and the time for doing so has passed.  However, on May 28,

2020, Claimant filed Claimant, Linda Warren's, Amended Complaint (Dkt. No. 31;

Amended Complaint).  Although Claimant did not seek leave of Court before filing the

Amended Complaint, it appears that Claimant is attempting to comply with Judge Toomey's

recommended resolution in the Report.  Thus, the Court will treat the filing of the Amended Complaint as notice of Claimant's non-objection to the Report.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED**:

1. The Report and Recommendation (Dkt. No. 27) is **ADOPTED** as the opinion of the Court.

2. Petitioners' Motion to Dismiss and/or to Strike Claimant Warren's Claim and Demand for Jury Trial (Dkt. No. 14) is **GRANTED** to the following extent:

   a. Claimant's demand for jury trial is **STRICKEN with prejudice**;

   b. Claimant's unseaworthiness claim is **DISMISSED with prejudice**;

   c. Claimant's negligence claim is **DISMISSED without prejudice**.

3. Otherwise, the Motion is **DENIED**.

4.  Claimant, Linda Warren's, Amended Complaint (Dkt. No. 31) is deemed properly filed.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of June, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

3